*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* EC-2002-02        *Resuelto:* 26 de abril de 2002

## RESOLUCIÓN

Los trabajos de la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial de Puerto Rico que se llevará a cabo concurrentemente con el Primer Congreso de Acceso a la Justicia en Puerto Rico, convocada para los días 2 y 3 de mayo de 2002, se regirán por la agenda siguiente:

*2 de mayo de 2002*

SESIÓN DE LA MAÑANA

7:30    REGISTRO DE PARTICIPANTES E INVITA-
        DOS(AS) A LA CONFERENCIA JUDICIAL

8:30    SESIÓN DE APERTURA CONJUNTA DE LA
        CONFERENCIA JUDICIAL Y DEL PRIMER
        CONGRESO DE ACCESO A LA JUSTICIA EN
        PUERTO RICO
        (Salón San Gerónimo)

        Apertura de la Conferencia Judicial:

        • *Mensaje*

        Hon. José A. Andréu García,
        Juez Presidente del Tribunal Supremo

        Apertura del Congreso:

        • *Conferencia magistral*

        Dr. Efrén Rivera Ramos
        Decano de la Escuela de Derecho de la Universi-
        dad de Puerto Rico
        Presidente del Comité Organizador
        Primer Congreso de Acceso a la Justicia

10:00   RECESO

10:30   COMIENZO DE LOS TRABAJOS DE LA CONFE-
        RENCIA JUDICIAL: PRIMERA SESION PLENA-
        RIA
        (Salón San Cristóbal)

        • *Informe de la Comisión Futurista*

        A. *Composición, propósitos y visión*

        Lcdo. Rafael Alonso Alonso
        Presidente de la Comisión Futurista de los Tribu-
        nales

B. *Metodología y hallazgos en torno al acceso a la justicia*

Sra. Marisara Pont
Comisionada

C. *Tendencias para el futuro y sus implicaciones para el Sistema Judicial*

Lcda. Olga Soler Bonnín
Comisionada

D. *Recomendaciones*

Dr. Rafael Irizarry
Sr. Luis Alberto Ferré Rangel
Comisionados

E. *Panel de discusión*

Hon. Carlos Rivera Martínez
Juez Administrador (San Juan)

Hon. Carlos Cabán
Juez Administrador (Humacao)

Hon. Liana Fiol Matta
Jueza Administradora
(Tribunal de Circuito de Apelaciones)

Hon. Luis Rivera Román
Juez Administrador (Aguadilla)

12:00     ALMUERZO
(Salón San Cristóbal)

- *Oradora principal*

Hon. Sila María Calderón
Gobernadora del Estado Libre Asociado de Puerto Rico

1:30     SEGUNDA SESIÓN PLENARIA DE LA CONFERENCIA JUDICIAL
(Salón San Cristóbal)

- *Recomendaciones sobre Acceso a la Justicia: Sesión Interactiva*

Moderadora:
Lcda. Isabel Picó Vidal
Presidenta del Comité Directivo de la Conferencia Judicial

Recurso:
Dra. Rosa Santiago-Maratzzi

3:15     RECESO

3:30     SESION CONJUNTA DE LA CONFERENCIA JUDICIAL Y DEL PRIMER CONGRESO DE ACCESO A LA JUSTICIA EN PUERTO RICO
(Salón San Gerónimo)

- *Panel sobre el Canon Primero y el Deber de Representación de Oficio*

Moderador:
Hon. Franciso Rebollo López
Juez Asociado del Tribunal Supremo

Panelistas:
Hon. Dolores Rodríguez de Oronoz
Jueza del Tribunal de Circuito de Apelaciones

Lcdo. Federico Rentas
Director Ejecutivo de la Sociedad para la Asistencia Legal

Lcdo. Juan Marqués
Socio del Departamento de Litigios
Bufete McConnell Valdés

Lcdo. Guillermo Figueroa Prieto
Presidente de la Comisión Revisora del Código de Ética Profesional del Colegio de Abogados de Puerto Rico

Lcda. Gretchen Coll Martí
Administradora de la Administración de Desarrollo
Económico de la Familia del Departamento de la
Familia

Lcdo. Luis F. Camacho
Abogado en la práctica privada y ex Presidente del
Colegio de Abogados de Puerto Rico

5:30    CIERRE DE LOS TRABAJOS DEL DÍA

*3 de mayo de 2002*

SESIÓN DE LA MAÑANA

7:30    REGISTRO DE PARTICIPANTES E INVITA-
        DOS(AS)

8:30    TERCERA SESIÓN PLENARIA DE LA CONFE-
        RENCIA JUDICIAL
        (Salón San Cristóbal)

        • *Panel: Reacciones y reflexiones sobre el Informe
        de la Comisión Futurista*

        Moderador:
        Lcdo. Rafael Hernández Colón
        Catedrático de la Facultad de Derecho Pontificia
        Universidad Católica de Puerto Rico

        Panelistas:
        Lcdo. Antonio García Padilla
        Presidente de la Universidad de Puerto Rico

        Hon. Anabelle Rodríguez
        Secretaria de Justicia

        Hon. Juan R. Torruella
        Juez Presidente del Tribunal Federal de Apelacio-
        nes para el Primer Circuito

        Lcdo. Carlos Irizarry Yunqué
        Juez Retirado del Tribunal Supremo

10:15    RECESO

10:30    TRABAJOS DEL PRIMER CONGRESO DE AC-
CESO A LA JUSTICIA: PANELES CONCURREN-
TES

Los asistentes a la Conferencia Judicial podrán asistir a uno de seis paneles concurrentes. Los temas son:

- *Los pobres, la definición de sus necesidades y sus problemas de acceso a la Justicia*
(Salón Flamboyán, Piso 2, Torre del Hotel)

Panelistas:
Lcda. Mercedes Rodríguez
Coordinadora Auxiliar del Programa de Práctica Privada Compensada
Servicios Legales de Puerto Rico

Dra. Linda Colón
Oficina de las Comunidades Especiales,
Oficina de la Gobernadora

Dr. Víctor García Toro
Catedrático de la Escuela Graduada de Trabajo Social
Universidad de Puerto Rico

Facilitadora:
Lcda. Sonia Rodríguez
Coordinadora del Programa de Práctica Compensada
Servicios Legales de Puerto Rico

- *Los inmigrantes, el Patriot Act y su efecto sobre la representación legal*
(Salón Tropical, Piso 2)

Panelistas:
Hon. Irma López Defilló
Jueza en la Corte de Inmigración

Lcda. Rosanna de Castro
Abogada en la práctica privada

Lcdo. Raymond Sánchez Maceira
Abogado en la práctica privada

Facilitadora:
Lcda. Madeline García
Profesora en la Clínica de Asistencia Legal Escuela
de Derecho, Universidad de Puerto Rico

- *El acceso a la justicia y la violencia contra la mujer*
(Auditorio, Piso 1)

Panelistas:
Hon. Miriam Naveira de Rodón
Jueza Asociada del Tribunal Supremo de Puerto Rico

Lcda. Esther Vicente
Catedrática en la Facultad de Derecho,
Universidad Interamericana de Puerto Rico

Facilitadora:
Lcda. Patricia Otón Olivieri
Secretaria del Tribunal Supremo

- *Niños y niñas con necesidades especiales y menores ofensores*
(Salón Flamingo, Piso 2)

Panelistas:
Lcda. Josefina Pantoja
Proyecto de Educación Especial Servicios Legales
de Puerto Rico

Lcda. Dora Neváres-Muñiz
Catedrática de la Facultad de Derecho, Universidad Interamericana de Puerto Rico

Facilitadora:
Lcda. Camille Jusino Marrero
Abogada de Servicios Legales de Puerto Rico

- *El Artículo 103 del Código Penal de Puerto Rico
y el acceso a la Justicia de personas discriminadas
por razón de su orientación sexual*
(Expo Center B)

Panelistas:
Lcdo. Ricardo Ramírez
Clínica de Asistencia Legal Escuela de Derecho,
Universidad de Puerto Rico

Rev. Margarita Sánchez
Coordinadora General
Movimiento Ecuménico Nacional en Puerto Rico

Lcda. Nora Vargas
Abogada en la práctica privada y miembro de la
Junta de Directores de la "American Civil Liber-
ties Union Cap" de Puerto Rico

Lcdo. Michael Adams
Lambda Legal Defense & Education Fund

Facilitador:
Lcdo. Ricardo Ramírez
Clínica de Asistencia Legal
Escuela de Derecho, Universidad de Puerto Rico

- *Acceso a la Justicia: mito o realidad para las
personas de edad avanzada*
(Salón Guayacán, Piso 2, Torre del Hotel)

Panelistas:
Sra. Judith Rodríguez Figueroa
Demógrafa, Escuela Graduada de Salud Pública,
Recinto de Ciencias Médicas de la Universidad de
Puerto Rico

Dra. Niyzka M. Labault Cabeza
Escuela Graduada de Salud Pública Recinto de
Ciencias Médicas de la Universidad de Puerto Rico

Lcda. Gladys E. Arés Rivera
Abogada, Servicios Legales de Puerto Rico

Facilitadora:
Lcda. Rosana Rodríguez
Abogada, Servicios Legales de Puerto Rico

12:00    ALMUERZO
(Salón San Cristóbal)

- *Orador invitado*

Dr. Ramón Mullerat
Bufete Mullerat, Echarri & Brindle
Barcelona, España

1:30    CONTINUACIÓN DE TRABAJOS DEL PRIMER
CONGRESO DE ACCESO A LA JUSTICIA: PA-
NELES CONCURRENTES

Los asistentes a la Conferencia Judicial podrán
asistir a uno de cinco paneles concurrentes. Los
temas son:

- *Alternativas para Facilitar el Acceso a la Judi-
catura de las Personas sin Techo*
(Salón Tropical, Piso 2)

Panelistas:
Sr. Ángel Luis Torres
Presidente de la Coalición de Apoyo Continuo a las
Personas sin Hogar de San Juan, Inc.

Lcdo. Hiram Lozada Pérez
Presidente de la Comisión de Derechos Humanos
del Colegio de Abogados de Puerto Rico

Dr. José Vargas Bidot
Presidente de Iniciativa Comunitaria

Facilitadora:
Lcda. Lyntha Figueroa Rivera
Asesora Legal
Secretariado de la Conferencia Judicial

- *Discrimen por Razón de Raza*
(Salón Flamboyán, Piso 2, Torre del Hotel)

Panelistas:
Lcda. Ana Irma Rivera Lassén
Catedrática en Justicia Racial
Universidad de Puerto Rico
Recinto de Río Piedras

Dra. Idsa Alegría Ortega
Decana Asociada
Decanato de Asuntos Académicos
Universidad de Puerto Rico
Recinto de Río Piedras

Facilitadora:
Dra. Palmira Ríos
Ayudante Especial del Rector
Universidad de Puerto Rico
Recinto de Río Piedras

- *Confinados y Confinadas*
(Auditorio, Piso 1)

Panelistas:
Hon. Víctor Rivera González
Secretario del Departamento de Corrección y Rehabilitación

Lcda. Olga Elena Resumil
Instituto de Corrección y Rehabilitación
Escuela de Derecho
Universidad de Puerto Rico

Lcdo. Daniel Nina Estrella
Abogado en la práctica privada

Facilitador:
Lcdo. Adalberto Núñez López
Facultad de Derecho Eugenio María de Hostos

- *Barreras que Obstaculizan el Acceso de las Personas con Impedimentos al Sistema de Justicia: Recomendaciones para Erradicarlas*
(Salón Flamingo, Piso 2)

Panelistas:
Hon. José Raúl Ocasio García
Procurador de las Personas con Impedimento

Lcdo. Juan Santiago Nieves
Abogado, Bufete Nazario & Santiago

Hon. Víctor García San Inocencio
Representante, Cámara de Representantes de
Puerto Rico

Facilitadora:
Lcda. Sylvia Altuz Cortés
Asesora Legal
Secretariado de la Conferencia Judicial

- *La Justicia en Casos Ambientales*
(Expo Center B)

Panelistas:
Lcda. Carmen Rita Vélez Borrás
Abogada en la práctica privada

Sr. Jorge Fernández Porto
Consultor Ambiental

Lcdo. Pedro Saadé Lloréns
Abogado en la práctica privada
Escuela de Derecho, Universidad de Puerto Rico

Facilitador:
Lcdo. Pedro Saadé Lloréns
Abogado en la práctica privada
Escuela de Derecho, Universidad de Puerto Rico

3:00 p.m. RECESO

3:30 p.m. SESIÓN DE CLAUSURA CONJUNTA DE LA
CONFERENCIA JUDICIAL Y DEL PRIMER
CONGRESO DE ACCESO A LA JUSTICIA EN
PUERTO RICO
(Salón San Gerónimo)

• Conclusiones y Recomendaciones
Dr. Efrén Rivera Ramos
Presidente del Comité Organizador
Primer Congreso de Acceso a la Justicia

• *Mensaje de Clausura*

Hon. José A. Andréu García,
Juez Presidente del Tribunal Supremo

5:00 p.m. CIERRE DE LOS TRABAJOS DEL DÍA
RECEPCIÓN, COLEGIO DE ABOGADOS DE
PUERTO RICO

## II

Los procedimientos durante la Conferencia Judicial se regirán por las siguientes reglas:

1. El Juez Presidente llamará al orden y declarará constituida, para comenzar sus trabajos, la Vigésima Segunda Sesión Ordinaria de la Conferencia Judicial.

2. Para facilitar los trabajos durante la Conferencia, deberán evitarse las conversaciones dentro y fuera del salón, así como las entradas y salidas que tiendan a distraer la atención. De igual forma, los teléfonos celulares y localizadores (*beepers*) deberán mantenerse apagados o en su modalidad silenciosa.

3. La Secretaria de la Conferencia Judicial, Lcda. Mercedes Marrero de Bauermeister, como moderadora, presentará la agenda de los trabajos durante la Conferencia Judicial.

4. Los jueces, las juezas, los miembros de la Conferencia Judicial y los invitados e invitadas podrán participar en la discusión plenaria.

5. El tiempo concedido para los turnos durante la discusión plenaria estará limitado, conforme al número de participantes, para permitir la participación del mayor número posible de personas.

6. El Juez Presidente podrá declarar fuera de orden cualquier planteamiento que no sea pertinente al tema de la Conferencia Judicial.

7. Los comentarios y las sugerencias que se presenten durante las discusiones plenarias, serán objeto de ulterior estudio y análisis por el Secretariado de la Conferencia Judicial, la Oficina de Administración de los Tribunales y el Tribunal Supremo de Puerto Rico.

8. La Secretaria del Tribunal Supremo y el Alguacil del Tribunal Supremo, al igual que la Directora, el personal del Secretariado de la Conferencia Judicial y otro personal designado, asistirán al Tribunal, a la Secretaria de la Conferencia Judicial y a los miembros participantes de la Conferencia Judicial durante los preparativos y trabajos de estos días.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Hernández Denton no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*